## A. L. KNOWLES V. THE STATE.

No. 16693. Delivered April 18, 1934.
Rehearing Denied May 9, 1934.

The opinion states the case.

*C. R. Newland,* of Linden, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin for the State.

MORROW, PRESIDING JUDGE.—The offense is embezzlement; penalty assessed at confinement in the penitentiary for three years.

The indictment is regular and regularly presented.

The record is before us without statement of facts or bills of exception.

A plea of guilty was entered.

In pronouncing the sentence the court failed to take note of the Indeterminate Sentence Law, (article 775, C. C. P., 1925), under the terms of which the appellant will be condemned to

suffer confinement in the penitentiary for a period of not less than two nor more than three years.

As reformed, the judgment is affirmed.

*Reformed and affirmed.*

### ON MOTION FOR REHEARING.

MORROW, PRESIDING JUDGE.—The offense charged is controlled by the same statutes and legal principles as Knowles v. State, No. 16,694, to whch case reference is here made.

The motion for rehearing is overruled.

*Overruled.*